Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
Robert V. Prongay (#270796)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: info@glancylaw.com

*Liaison Counsel for Lead Plaintiff and the Class*

Jeremy A. Lieberman
Lesley F. Portnoy
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
lfportnoy@pomlaw.com

Patrick V. Dahlstrom
Leigh Handelman Smollar
POMERANTZ LLP
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
lsmollar@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BRADLEY COOPER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THORATEC CORPORATION, GERHARD F. BURBACH, TAYLOR C. HARRIS, and ROXANNE OULMAN<br><br>Defendants. | Case No.  4:14-cv-00360-CW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

STIP. TO CONTINUE CMC
4:14-CV-00360-CW

Plaintiffs and the Defendants in this action hereby stipulate as follows:

**WHEREAS**, on March 25, 2014, Plaintiff Bradley Cooper filed a Motion to Appoint Lead Plaintiff and Lead Counsel (Dkt. 11);

**WHEREAS**, all oppositions to lead plaintiff motions are due on April 8, 2014, and all replies to motions for lead plaintiff are due on April 15, 2014 (Dkt. 11);

**WHEREAS**, the hearing on Plaintiffs' Motions for Lead Plaintiff is scheduled for May 15, 2014;

**WHEREAS**, on January 27, 2014, the Court set a Case Management Conference to be conducted on April 23, 2014, ordering the parties to submit a Case Management Statement by April 16, 2014 (Dkt. 5);

**WHEREAS,** this matter is a class action under the federal securities laws and subject to the Private Securities Litigation Reform Act of 1995 (PSLRA);

**WHEREAS,** pursuant to the Court's direction, the Plaintiffs will file a Consolidated Amended Complaint after the Court appoints a Lead Plaintiff and Lead Counsel;

**WHEREAS,** pursuant to the PSLRA, all discovery in this case is stayed until the Court rules on the sufficiency of the Consolidated Amended Complaint (15 U.S.C. §78u-4(b)(3)(B));

**WHEREAS,** the parties agree and respectfully submit that a case management conference would be premature and not benefit the Court or the parties at this time because discovery is stayed;

**NOW, THEREFORE**, the parties jointly request that the Court take the Case Management Conference off calendar and that it be rescheduled, if necessary, after the discovery stay is lifted, and further, the Case Management Statement due on April 16, 2014, be deferred until one week prior to any Case Management Conference that may be scheduled.

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | | |
| 3 | Dated: April 2, 2014 | **GLANCY BINKOW & GOLDBERG LLP** |
| 4 | | By: *s/ Robert V. Prongay* |
| 5 | | Lionel Z. Glancy |
| | | Michael Goldberg |
| 6 | | Robert V. Prongay |
| 7 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, California 90067 |
| 8 | | Telephone: (310) 201-9150 |
| | | Facsimile: (310) 201-9160 |
| 9 | | E-mail: info@glancylaw.com |
| 10 | | **POMERANTZ LLP** |
| | | Patrick V. Dahlstrom |
| 11 | | Leigh Handelman Smollar |
| | | Ten South LaSalle Street, Suite 3505 |
| 12 | | Chicago, Illinois 60603 |
| | | Telephone: (312) 377-1181 |
| 13 | | Facsimile: (312) 377-1184 |
| 14 | | Jeremy A. Lieberman |
| | | Lesley F. Portnoy |
| 15 | | 600 Third Avenue, 20th Floor |
| | | New York, New York 10016 |
| 16 | | Telephone: (212) 661-1100 |
| | | Email: jalieberman@pomlaw.com |
| 17 | | *Lead Counsel for Proposed Lead Plaintiff* |
| 18 | | |
| 19 | Dated: April 2, 2014 | **LATHAM & WATKINS LLP** |
| 20 | | By: *s/ Julian W. Park* |
| 21 | | Patrick E. Gibbs |
| | | Julian W. Park |
| 22 | | 140 Scott Drive |
| | | Menlo Park, CA 94025 |
| 23 | | Telephone: (650) 463-4696 |
| | | Facsimile: (650) 463-2600 |
| 24 | | Email: patrick.gibbs@lw.com |
| | | Email: julian.park@lw.com |
| 25 | | |
| 26 | | *Counsel for Defendants Thoratec Corporation, Gerhard F. Burbach, Taylor C. Harris, and Roxanne Oulman* |
| 27 | | |
| 28 | | |

2.

**STIP. TO CONTINUE CMC**
**4:14-CV-00360-CW**

**ORDER**

Pursuant to the stipulation of the parties, the April 23, 2014 Case Management Conference is hereby taken off-calendar, to be rescheduled, if necessary, following the lifting of the discovery stay. No Case Management Statement is currently due.

IT IS SO ORDERED.

Dated: _____April 4_____, 2014

_____
Honorable Claudia Wilken
United States District Judge
Northern District of California

3.                                       STIP. TO CONTINUE CMC
                                                                              4:14-CV-00360-CW

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On April 2, 2014, I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 2, 2014, at Los Angeles, California.

          *s/ Robert V. Prongay*
          Robert V. Prongay

# Mailing Information for a Case 4:14-cv-00360-CW Cooper v. Thoratec Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Lesley F. Portnoy**
  lfportnoy@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,mmgoldberg@glancylaw.com,echang@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`